HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
heather_williams@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>TONISHA BROWN,<br><br>*Defendant,* | Case No. 1:21-CR-00184 DAD-BAM-6<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant Tonisha Brown, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel counsel. The Federal Defender has a conflict.

On December 16, 2021, a Superseding Indictment was issued in the above captioned case. Ms. Brown had her initial appearance on the allegations in the Central District of California on February 11, 2022, at which time that Court appointed counsel and ordered she be released. We request this Court appoint counsel in the Eastern District of California in advance of arraignment to facilitate her appearance in this District on her pending felony charges.

Ms. Brown submits the attached *Financial Affidavit* as evidence of her inability to retain counsel at this time. After reviewing Ms. Brown's *Financial Affidavit*, we respectfully recommend CJA panel counsel be appointed.

DATED: February 15, 2022            */s/ Heather E. Williams*
                                     HEATHER E. WILLIAMS
                                     Federal Defender

**O R D E R**

Having satisfied the Court that the defendant Tonisha Brown is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**February 15, 2022**__            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE