PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-ADA-BAM |
| Plaintiff, | STIPULATION TO CHANGE OF PLEA HEARING; ORDER |
| v. | |
| TONISHA BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the change of plea hearing scheduled for September 18, 2023, at 8:30 a.m., may be continued until November 13, 2023, at 8:30 a.m., before the Honorable Ana de Alba.  Defense counsel requires additional time to review discovery and prepare for the hearing, and has become unavailable for the September 18, 2023, hearing date.  The parties agree that time under the Speedy Trial Act shall be excluded through November 13, 2023, in the interests of justice, including the need for defense preparation, defense investigation, and continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

1    IT IS SO STIPULATED.

2

3   Dated:  September 13, 2023                    */s/ Louisa Pensanti*
                                                  Louisa Pensanti
4                                                 Counsel for Tonisha Brown

5

6   Dated:  September 13, 2023                    */s/ Joseph Barton*
7                                                 JOSEPH BARTON
                                                  Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TONISHA BROWN, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the change of plea hearing that is scheduled for September 18, 2023, at 8:30 a.m., is continued until November 13, 2023, at 8:30 a.m., before the Honorable Ana de Alba. The period through November 13, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

  Dated:  September 14, 2023

_____
UNITED STATES DISTRICT JUDGE